# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. SA 10-347M-1 |
| Plaintiff, | ) ) ) | **ORDER OF DETENTION** |
| vs. | ) ) | |
| RAUL REAL RUELAS, | ) ) | |
| Defendant. | ) | |

I

A.  ( )  On motion of the Government in a case allegedly involving:

    1.  ( )  a crime of violence.

    2.  ( )  an offense with maximum sentence of life imprisonment or death.

    3.  ( )  a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4.  ( )  any felony - where defendant convicted of two or more prior offenses described above.

    5.  ( )  any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive

1

1       device or any other dangerous weapon, or a failure to register under 18
2       U.S.C. § 2250.
3 B.   (X)   On motion by the Government/ ( ) on Court's own motion, in a
4     case allegedly involving:
5       1.   (x)   a serious risk that the defendant will flee.
6       2.   ( )   a serious risk that the defendant will:
7           a.   ( )   obstruct or attempt to obstruct justice.
8           b.   ( )   threaten, injure or intimidate a prospective witness or
9           juror, or attempt to do so.
10 C.   The Government ( ) is/ (x) is not entitled to a rebuttable presumption that
11 no condition or combination of conditions will reasonably assure the
12 defendant's appearance as required and the safety or any person or the
13 community.

<p style="text-align:center">II</p>

16 A.   ( )   The Court finds that no condition or combination of conditions
17 will reasonably assure:
18       1.   (X)   the appearance of the defendant as required.
19     ( ) and/or
20       2.   ( )   the safety of any person or the community.
21 B.   ( )   The Court finds that the defendant has not rebutted by sufficient
22 evidence to the contrary the presumption provided by statute.

<p style="text-align:center">III</p>

25 The Court has considered:
26 A.   the nature and circumstances of the offense(s) charged, including
27 whether the offense is a crime of violence, a Federal crime of terrorism, or
28 involves a minor victim or a controlled substance, firearm, explosive, or


1     device or any other dangerous weapon, or a failure to register under 18
2     U.S.C. § 2250.
3 B.   (X)   On motion by the Government/ ( ) on Court's own motion, in a
4   case allegedly involving:
5     1.   (x)   a serious risk that the defendant will flee.
6     2.   ( )   a serious risk that the defendant will:
7       a.   ( )   obstruct or attempt to obstruct justice.
8       b.   ( )   threaten, injure or intimidate a prospective witness or
9       juror, or attempt to do so.
10 C.   The Government ( ) is/ (x) is not entitled to a rebuttable presumption that
11 no condition or combination of conditions will reasonably assure the
12 defendant's appearance as required and the safety or any person or the
13 community.

<p align="center">II</p>

16 A.   ( )   The Court finds that no condition or combination of conditions
17 will reasonably assure:
18     1.   (X)   the appearance of the defendant as required.
19   ( ) and/or
20     2.   ( )   the safety of any person or the community.
21 B.   ( )   The Court finds that the defendant has not rebutted by sufficient
22 evidence to the contrary the presumption provided by statute.

<p align="center">III</p>

25 The Court has considered:
26 A.   the nature and circumstances of the offense(s) charged, including
27 whether the offense is a crime of violence, a Federal crime of terrorism, or
28 involves a minor victim or a controlled substance, firearm, explosive, or

1  destructive device;
2  B.   the weight of evidence against the defendant;
3  C.   the history and characteristics of the defendant; and
4  D.   the nature and seriousness of the danger to any person or the community.

## IV

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

## V

The Court bases the foregoing finding(s) on the following:
A.   (X)   As to flight risk:
**Defendant is undocumented.  He has no ties to the community and no bail resources.**
B.   ( )   As to danger:

## VI

A.   ( )   The Court finds that a serious risk exists the defendant will:
   1.   ( )   obstruct or attempt to obstruct justice.
   2.   ( )   attempt to/ ( ) threaten, injure or intimidate a witness or juror.
B.   The Court bases the foregoing finding(s) on the following:

## VI

A.   IT IS THEREFORE ORDERED that the defendant be detained prior to trial.
B.   IT IS FURTHER ORDERED that the defendant be committed to the

1 | custody of the Attorney General for confinement in a corrections facility
2 | separate, to the extent practicable, from persons awaiting or serving sentences
3 | or being held in custody pending appeal.
4 |     C.    IT IS FURTHER ORDERED that the defendant be afforded reasonable
5 | opportunity for private consultation with counsel.
6 |     D.    IT IS FURTHER ORDERED that, on order of a Court of the United
7 | States or on request of any attorney for the Government, the person in charge
8 | of the corrections facility in which defendant is confined deliver the defendant
9 | to a United States marshal for the purpose of an appearance in connection with
10 | a court proceeding.

DATED: September 7, 2010

_____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE